IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                                     Criminal Action No.
                                                                                   06-00408-012-CR-W-ODS

JERMAINE TALLEY,

        Defendant.

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

The Court finds that the defendant is financially unable to obtain counsel. Therefore it is

ORDERED that John Jenab is appointed to represent the defendant in all proceedings.

                                        /s/ Sarah W. Hays
                                        SARAH W. HAYS
                                        United States Magistrate Judge

Kansas City, Missouri
December 7, 2006